# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOSEPH CRAFT, JULIE STEVENS,
AND WESLEY OLDAKER

VERSUS

LOUISIANA DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT, WAL-MART
TRANSPORTATION, LLC, CALEB
SHELDON AND NATIONAL UNION
FIRE INSURANCE COMPANY OF
PITTSBURGH, PA

NO.  2026 CW 0598

MAY 27, 2026

---

In Re:    Wal-Mart Transportation, LLC, applying for supervisory
          writs, 18th Judicial District Court, Parish of Pointe
          Coupee, No. 52158.

---

BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.

STAY DENIED; WRIT DENIED.

                              MRT
                              KEB
                              BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.